

# B I L L   O F   C O S T S

**THIRTEENTH COURT OF APPEALS**

**CORPUS CHRISTI - EDINBURG**

No. 13-15-00032-CV

**Gumaro Rosales & Velma Rosales and All Occupants**

**v.**

**Green Tree Servicing LLC.**

(No. 10372 IN COUNTY COURT AT LAW OF SAN PATRICIO COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| FILING | $195.00 | NOT PAID | ANT |

**Balance of costs owing to the Thirteenth Court of Appeals, Corpus Christi, Texas: $195.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **DORIAN E. RAMIREZ, CLERK** OF THE THIRTEENTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE THIRTEENTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.



**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Thirteenth District of Texas, this 12th day of May, 2015.

*Dorian E. Ramirez*

Dorian E. Ramirez, Clerk